**No. 10-8714. William Gregory Samples, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 1255, 131 S. Ct. 1593, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1835.

February 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 21, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-459. Schering Corporation, Petitioner v. Eugene Kuzinski, et al.**

562 U.S. 1255, 131 S. Ct. 1567, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1852.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 384 Fed. Appx. 17.

**No. 10-460. Novartis Pharmaceuticals Corporation, Petitioner v. Simona M. Lopes, et al.**

562 U.S. 1256, 131 S. Ct. 1568, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1822.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 611 F.3d 141.

**No. 10-497. Francis Gatimi, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1256, 131 S. Ct. 1568, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1862.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-559. John Michael Cooke, et al., Petitioners v. Tim Tubra.**

562 U.S. 1256, 131 S. Ct. 1569, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1761.

February 28, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 233 Or. App. 339, 225 P.3d 862.

**No. 10-570. Jesus Mora Flores, et ux., Petitioners v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1256, 131 S. Ct. 1569, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1858.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-683. Paul O. Rohart, Petitioner v. North Broward Hospital District.**

562 U.S. 1256, 131 S. Ct. 1570, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1816.

February 28, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 41 So. 3d 410.

**No. 10-685. Gerald W. Kelly, et al., Petitioners v. Township of Abington, Pennsylvania, et al.**

562 U.S. 1256, 131 S. Ct. 1593, 179 L. Ed. 2d 473, 2011 U.S. LEXIS 1896.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.